Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

JS-6

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ESPINOZA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>B&G FOODS, INC., and DOES 1-10,<br><br>Defendant. | **Civil Case No.: 2:23-cv-9096-FMO-PD**<br><br>**ORDER ON STIPULATION [13] TO DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>State Court<br>Complaint Filed: August 8, 2023<br>Action Removed: October 27, 2023<br>Judge: Fernando M. Olguin<br>Trial Date: None Set |

Pursuant to the Parties' Stipulation of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The action is dismissed with prejudice as to Plaintiff Esther Espinoza and without prejudice as to the purported class. The Parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: January 19, 2024                    /s/                    .
                                    Honorable Fernando M. Olguin
                                    United States District Judge